# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2020 KW 1272

VERSUS

CHRISTOPHER GAGE                                   **FEBRUARY 1, 2021**

---

In Re:     Christopher Gage, applying for supervisory writs, 32nd
           Judicial District Court, Parish of Terrebonne, No.
           303,250.

---

**BEFORE:   THERIOT, WOLFE, AND HESTER, JJ.**

   **WRIT NOT CONSIDERED.** The instant writ application appears
to be untimely as counsel failed to include documentation of a
timely request for a return date, and the Order is not signed by
the respondent judge. See Uniform Rules of Louisiana Courts of
Appeal, Rules 4-2, 4-3, and 4-5(C)(11). The affidavit of
verification does not contain the respondent judge's address and
phone number. Relator also failed to comply with Rule 4-5(C)(9)
and (10), by failing to include a copy of any opposition or a
statement that no opposition was filed and the pertinent court
minutes. Moreover, although it is not a violation of the
Uniform Rules, we note that counsel failed to include a copy of
the relevant portions of relator's trial transcript showing a
request for jury polling was made. See **City of Baton Rouge v.
Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104
S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ
application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal,
Rules 2-18.7 & 4-9. In the event counsel elects to file a new
application with this court, he may do so without the necessity
of obtaining a return date. The application shall be filed on
or before March 4, 2021, and must include the missing items
noted above and a copy of this ruling.

**MRT**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

*[signature]*

DEPUTY CLERK OF COURT
    FOR THE COURT